# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marcia Boline,

    Plaintiff,

v.          Civil Action No. 10-cv-655 PAM/AJB

Frontline Asset Strategies, LLC,

    Defendant.

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice (Docket No. 2), filed by Plaintiff on April 20, 2010, and upon all the files, records and proceedings herein, **IT IS ORDERED that** this action is **DISMISSED with prejudice** and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:   April 20, 2010    s/ Paul A. Magnuson
                 The Honorable Paul A. Magnuson
                 Judge of United States District Court